1  Richard Wahng (SBN 225672)
   Ray H. Choi (SBN 256619)
2  Law Offices of Richard C. J. Wahng
   152 Anza Street, Suite 201
3  Fremont, CA 94539
   Tel: (510) 490-4447
4  Fax: (510) 344-5755

5  Attorney for Plaintiff
   STANLEY DAY

6
7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

                      OAKLAND DIVISION

9  STANLEY DAY, an individual,           Case No. CV 13-02378 CW

10              Plaintiff,                **STIPULATION AND [PROPOSED]**
                                          **ORDER FOR LEAVE TO FILE FIRST**
11         v.                             **AMENDED COMPLAINT**

12 BECHTEL POWER CORPORATION, a
   California corporation; BECHTEL GROUP,
13 INC., a California corporation; and DOES 1
   through 20 inclusive,

14              Defendants.

15
16
17 TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18     All parties and counsel of the case stipulate to the filing of Plaintiff STANLEY DAY's

19 First Amended Complaint (attached to this stipulation as **Exhibit 1**), which makes two

20 significant changes to the original state court complaint: (1) removal of BECHTEL POWER

21 CORPORATION and BECHTEL GROUP, INC. as defendants, and (2) addition of BECHTEL

22 CONSTRUCTION COMPANY as a defendant.

23
24 / / /

25 / / /

26 / / /

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED
                           COMPLAINT
                              - 1 -

Furthermore, the parties stipulate that the Answer already on file be deemed the answer by Bechtel Construction Company to this First Amended Complaint since there are no material changes to the First Amended Complaint from the original state court complaint.

Dated: August 5, 2013    LAW OFFICES OF RICHARD WAHNG

/s/ Ray H. Choi

RAY H. CHOI
Attorney for Plaintiff

Dated: August 5, 2013    OGLETREE, DEAKINS, NASH

/s/ Thomas McInerney

THOMAS MCINERNEY
Attorney for Defendants

IT IS HEREBY ORDERED that Plaintiff is granted leave to file his First Amended Complaint within ten (10) days of the signing of this order.

Date: 8/7/2013

THE HON. CLAUDIA WILKEN
Chief District Judge

STIPULATION AND [~~PROPOSED~~] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT