Richard Wahng (SBN 225672)
Ray H. Choi (SBN 256619)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
Tel: (510) 490-4447
Fax: (510) 344-5755

Attorney for Plaintiff
STANLEY DAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STANLEY DAY, an individual,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BECHTEL POWER CORPORATION, a California corporation; BECHTEL GROUP, INC., a California corporation; and DOES 1 through 20 inclusive,<br><br>　　　　Defendants. | Case No. CV 13-02378 CW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

　　All parties and counsel of the case stipulate to the filing of Plaintiff STANLEY DAY's First Amended Complaint (attached to this stipulation as **Exhibit 1**), which makes two significant changes to the original state court complaint: (1) removal of BECHTEL POWER CORPORATION and BECHTEL GROUP, INC. as defendants, and (2) addition of BECHTEL CONSTRUCTION COMPANY as a defendant.

/ / /

/ / /

/ / /

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

- 1 -

Furthermore, the parties stipulate that the Answer already on file be deemed the answer by Bechtel Construction Company to this First Amended Complaint since there are no material changes to the First Amended Complaint from the original state court complaint.

Dated: August 5, 2013                              LAW OFFICES OF RICHARD WAHNG

    /s/  Ray H. Choi
_____
RAY H. CHOI
Attorney for Plaintiff

Dated: August 5, 2013                              OGLETREE, DEAKINS, NASH

    /s/  Thomas McInerney
_____
THOMAS MCINERNEY
Attorney for Defendants

IT IS HEREBY ORDERED that Plaintiff is granted leave to file his First Amended Complaint within ten (10) days of the signing of this order.

Date:  __8/7/2013__

_____
THE HON. CLAUDIA WILKEN
Chief District Judge

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

- 2 -