Richard Wahng (SBN 225672)
Ray H. Choi (SBN 256619)
Law Offices of Richard C. J. Wahng
152 Anza Street, Suite 201
Fremont, CA 94539
Tel: (510) 490-4447
Fax: (510) 344-5755

Attorney for Plaintiff
STANLEY DAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STANLEY DAY, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BECHTEL CONSTRUCTION COMPANY, a Nevada corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | Case No. CV 13-02378 CW<br><br>[PROPOSED] ORDER GRANTING REQUEST TO APPEAR BY COURTCALL<br><br>Date: August 21, 2013<br>Time: 2:00 pm |

Having reviewed Request of Plaintiff's counsel, Ray H. Choi, to Appear By Courtcall at the August 21, 2013 Case Management Conference at 2:00pm, and being informed that Mr. Choi now lives in Los Angeles,

IT IS HEREBY ORDERED that Plaintiff's counsel may appear at today's CMC by Courtcall.

Dated: August 21, 2013

_____
Claudia Wilken
U.S. District Judge